## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

LIGHTHOUSE PRIVATE CHRISTIAN
ACADEMY, INC., a Florida not-for-profit
corporation,

      Plaintiff,

v.

JONATHAN KANZIGG, individually,
and MIDWAY FIRE DISTRICT,

      Defendants.

_____/

**Case No.: 3:26-cv-01377**

### PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1, *Fed. R. Civ. P.*, Plaintiff, Lighthouse Private Christian Academy, Inc., makes the following disclosure:   Lighthouse Private Christian Academy, Inc. is a Florida nonprofit corporation and has no parent corporation or any publicly held corporation owning 10% or more of its stock.

Dated: March 19, 2026.

/s/ *Shane B. Vogt*_____
Shane B. Vogt - FBN 257620
LEAD COUNSEL
E-mail:  shane@svogtlaw.com
VOGT LAW
625 E. Twiggs St.
Suite 1090
Tampa, Florida 33602
Tel:  (813) 737-0717

*Attorney for Plaintiff,*
*Lighthouse Private Christian Academy, Inc.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 19, 2026, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send electronic notice to all counsel of record.

/s/ Shane B. Vogt
Shane B. Vogt - FBN 257620