**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**LIGHTHOUSE CHRISTIAN ACADEMY INC.,**

**Plaintiff,**

**v.** **Case No. 3:26-cv-1377-MCR-HTC**

**JONATHAN KANZIGG and MIDWAY FIRE DISTRICT,**

**Defendants.**
______________________________/

# ORDER

The Magistrate Judge issued a Report and Recommendation dated September 21, 2026. ECF No. 38. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 38, is adopted and incorporated by reference in this Order.

2. Defendants' motion to dismiss, ECF No. 32, is **GRANTED IN PART** and **DENIED IN PART**, as follows: (a) the First Amendment retaliation claim against Kanzigg is **DISMISSED** with prejudice based on qualified immunity; (b) the portion of the defamation claim that is based on Kanzigg's seventh, eighth, and tenth statements is **DISMISSED** with prejudice because those statements constitute pure opinion; and (c) the motion to dismiss is otherwise **DENIED**.

3. Defendants have **fourteen (14) days** from the date of this Order to file an answer to the amended complaint.

4. The stay of discovery, ECF No. 27, is lifted. To assist the Court in scheduling case management deadlines, the Parties must confer and file a status report within **fourteen (14) days** advising what discovery remains outstanding at this time.

**DONE AND ORDERED** this 19th day of October 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**